IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00222-LTB

ANDRE LEFFEBRE,

    Applicant,

v.

DAVID BERKEBILE, Warden, and
CHARLES E. SAMUELS, JR., Federal Bureau of Prisons Dir.,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 11, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 11 day of April, 2013.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/ S. Grimm
                      Deputy Clerk